FILED

05/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0349

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 19-0349

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ALEXANDER ORION NUGENT,

Defendant and Appellant.

## ORDER

Pursuant to Mont. R. App. P. 16, the Appellant's motion to dismiss his appeal is GRANTED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 1 2020